BRIAN M. DELAURENTIS, P.C.
Attorneys for Foo Claimants
36 W. 44th St., Suite 610
New York, NY 10036
212-354-6300
Brian M. DeLaurentis (BD 4995)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:                                                                    Chapter 7

REFCO, LLC,                                                       Case No. 05-60134 (RDD)

      Debtor.
_____

# NOTICE OF APPEAL

     Mary Lou Lee, Jason Foo, Samathan Foo, Foo, LLC and the Estate of Chih Min Foo, collectively, the "Foo Claimants" appeal under 28 U.S.C. § 158(a) from each and every part of the Order Sustaining Chapter 7 Trustee's Objection to the Claim of the Estate of Chi Min Foo (Claim No. 547)(Docket No. 791) rendered by U.S. Bankruptcy Judge Robert D. Drain in a contested matter on June 22, 2007.

     The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Scott E. Ratner, Esq.<br>Togut, Segal & Segal, LLP<br>1 Penn Plaza<br>New York, NY 10119<br>212-594-5000<br>(General Bankruptcy Counsel<br> for Albert Togut, Ch. 7 Trustee) | Andrew Velez-Rivera, Esq.<br>U. S. Trustee<br>33 Whitehall St.<br>New York, NY 10004<br>212-510-0500 |
| Vincent E. Lazar, Esq.<br>Melissa M. Hinds, Esq.<br>Jenner & Block, LLP<br>330 N. Wabash Ave.<br>Chicago, IL 60611<br>312-222-9350<br>(Special Commodities Bankruptcy<br>  Counsel for Albert Togut, Trustee) | Brian M. DeLaurentis<br>Brian M. DeLaurentis, P.C.<br>36 W. 44th St., Suite 610<br>New York, NY 10036<br>212-354-6300<br><br>(Counsel for Foo Claimants) |

Dated:  June 29, 2007

          /s/ Brian M. DeLaurentis\_\_\_\_\_
Brian M. DeLaurentis (BD 4995)
BRIAN M. DELAURENTIS, P.C.
36 W. 44th St., Suite 610
New York, NY 10036
212-354-6300

Attorneys for Foo Claimants

BRIAN M. DELAURENTIS, P.C.
Attorneys for Foo Claimants
36 W. 44th St., Suite 610
New York, NY 10036
212-354-6300
Brian M. DeLaurentis (BD 4995)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:                                              Chapter 7

REFCO, LLC,                                         Case No. 05-60134 (RDD)

    Debtor.

_____

### DECLARATION OF SERVICE BY FIRST CLASS MAIL

    BRIAN M. DELAURENTIS, being duly sworn, deposes and states:

    1.  I am the attorney for defendant in this action, and am duly admitted to practice in the courts of the U.S. Bankruptcy Court for the Southern District of New York.

    2.  I am not a party herein, am over 18 years of age.

    3. On June 29, 2007, I served a copy of the Notice of Appeal upon counsel for the parties at the address designed by them for such purposes:

| | |
|---|---|
| Scott E. Ratner, Esq. | Andrew Velez-Rivera, Esq. |
| Togut, Segal & Segal, LLP | U. S. Trustee |
| 1 Penn Plaza | 33 Whitehall St. |
| New York, NY 10119 | New York, NY 10004 |
| | |
| Vincent E. Lazar, Esq. | |
| Melissa M. Hinds, Esq. | |
| Jenner & Block, LLP | |
| 330 N. Wabash Ave. | |
| Chicago, IL 60611 | |

    4. Said service was made by depositing a true copy of said documents enclosed in a prepaid, sealed wrapper, properly addressed to the above-named party, in an official depository under the exclusive care and custody of the United States Post Office.

    5. I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Dated: June 29, 2007
       New York, New York

                                                        /s/_____
                                                 BRIAN M. DELAURENTIS