TOGUT, SEGAL & SEGAL LLP
General Bankruptcy Counsel
for Albert Togut, Chapter 7 Trustee
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT 9759)
Scott E. Ratner (SR 0015)

-and-

JENNER & BLOCK LLP
Special Commodities Bankruptcy Counsel
for Albert Togut, Chapter 7 Trustee
330 North Wabash Avenue
Chicago, Illinois 60611
(312) 222-9350
Vincent E. Lazar (admitted *pro hac vice*)
Jerry L. Switzer, Jr. (admitted *pro hac vice*)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
                                                                :
In re:                                                          :    Chapter 7
                                                                :
REFCO, LLC,                                                     :    Case No. 05-60134 (RDD)
                                                                :
                    Debtor.                                     :
----------------------------------------------------------------X

### CHAPTER 7 TRUSTEE'S COUNTER-DESIGNATION OF
### ADDITIONAL ITEMS TO INCLUDE IN RECORD ON APPEAL

    Appellee, Albert Togut, not individually but solely in his capacity as the chapter 7 trustee (the "Chapter 7 Trustee") for the above-captioned debtor, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, respectfully submits his counter-designation of additional items to be included in the Record on Appeal relating to the Bankruptcy Court's Order dated June 22, 2007 [Docket No. 791], as follows:

1. Proof of Claim No. 547, filed July 16, 2006. [Attached hereto pursuant to Local R. Bankr. P. 8007-1.]

2. Memorandum of Law in Response to Trustee Objection, filed May 28, 2007. [Docket No. 757.]

3. Chapter 7 Trustee's Reply in Support of Objection to the Claim of the Estate of Chi Min Foo (Claim No. 547), filed June 5, 2007. [Docket No. 768.]

4. Transcript of June 6, 2007 hearing. [Docket No. 822.]

5. Supplemental Memorandum of Law in Response to Trustee Objection, filed June 20, 2007. [Docket No. 786.]

6. Chapter 7 Trustee's Supplemental Brief in Support of Objection to Claim of the Estate of Chi Min Foo (Claim No. 547), filed June 20, 2007. [Docket No. 787.]

Dated: New York, New York
July 12, 2007

By:     /s/ Vincent E. Lazar

JENNER & BLOCK LLP
Vincent E. Lazar (admitted *pro hac vice*)
Jerry L. Switzer, Jr. (admitted *pro hac vice*)
330 N. Wabash Avenue
Chicago, Illinois 60611
(312) 222-9350

*Special Commodities Bankruptcy Counsel to the Chapter 7 Trustee*

- and –

TOGUT, SEGAL & SEGAL LLP
General Bankruptcy Counsel
for Albert Togut, Chapter 7 Trustee
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT 9759)
Scott E. Ratner (SR 0015)

*General Bankruptcy Counsel to the Chapter 7 Trustee*