**BRIAN M. DeLAURENTIS, P.C.**
ATTORNEYS AT LAW
36 W. 44TH STREET, SUITE 610
NEW YORK, NY 10036
TEL 212-354-6300
FAX 212-954-5081

BRIAN M. DELAURENTIS
(NY, NJ, CT)

BRIAN@DELAURENTISLAW.COM
WWW.DELAURENTISLAW.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 6 2007

August 3, 2007

**BY FAX**

Hon. Paul A. Crotty
U.S. Courthouse
500 Pearl Street, Room 735
New York, NY 10007

RE: *In re Refco, LLC*, No. 1:07-cv-06599-PAC

Your Honor:

*[Handwritten endorsement: August 6, 2007 — The Court will allow 30 page briefs to both sides in this matter. So ordered. Paul A. Crotty USDJ.]*

In connection with the above captioned matter, a bankruptcy appeal, I represent the Creditor-Appellants. I write to request permission to file a brief of approximately 40 pages, which is in excess of your 25 page limit.

I have conferred with Respondent's counsel in this matter, and we have mutually agreed that neither objects to either party filing briefs of 40 pages or less, excluding tables of contents, authorities, etc.

I require more than 25 pages because the factual and legal foundation for this appeal is quite broad, spanning over six years of litigation, two other litigations apart from the matter *sub justice*, and complex legal doctrines addressing the scope of collateral estoppel and the property of a bankrupt's estate.

I have endeavored to be concise in my brief, which is due Tuesday, but 25 pages is simply not enough space to cover the facts and law embedded in this appeal with five distinct issues as set out in my Statement of Issues.

Thank you for your consideration.

Sincerely,
Brian M. DeLaurentis

cc: Vincent E. Lazar, Esq.
    Jerry L. Switzer Jr., Esq.
    Jenner & Block LLP

**MEMO ENDORSED**