**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| MARY LOU LEE, SAMATHA FOO, | ) | |
| JASON FOO, FOO, INC. AND | ) | |
| ESTATE OF CHIH MIN FOO | ) | |
| | ) | **Case Nos. 07-CV-06599 (PAC)** |
| Appellants, | ) | |
| v. | ) | |
| | ) | |
| REFCO, LLC, | ) | |
| | ) | **MOTION TO ADMIT COUNSEL** |
| Appellee. | ) | **PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Richard F. Levy, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Jerry L. Switzer, Jr. |
| Firm Name: | Jenner & Block LLP |
| Address: | 330 North Wabash Avenue |
| City/State/Zip: | Chicago, IL 60611 |
| Phone Number: | 312-923-2974 |
| Fax Number | 312-840-7374 |
| Email Address: | jswitzer@jenner.com |

Jerry L. Switzer, Jr. is a member in good standing of the bar of the State of Illinois. There is no

pending disciplinary proceeding against Jerry L. Switzer, Jr. in any State or Federal Court.

Dated: August 6, 2007                    Respectfully Submitted,
          New York, New York

Richard F. Levy
SDNY Bar No. RL9825
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022-3908
Phone: 212-891-1600
Fax: 212-891-1699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARY LOU LEE, SAMATHA FOO, | ) | |
| JASON FOO, FOO, INC. AND | ) | |
| ESTATE OF CHIH MIN FOO | ) | |
| | ) | **Case Nos. 07-CV-06599 (PAC)** |
| Appellants, | ) | |
| v. | ) | |
| | ) | |
| REFCO, LLC, | ) | **AFFIDAVIT OF RICHARD F. LEVY** |
| | ) | **IN SUPPORT OF MOTION TO ADMIT** |
| Appellee. | ) | **COUNSEL PRO HAC VICE** |

| | | |
|---|---|---|
| State of New York | ) | |
| | ) | ss: |
| County of New York | ) | |

Richard F. Levy, being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Jenner & Block LLP. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Jerry L. Switzer, Jr. as counsel *pro hac vice* to represent Albert Togut, the Chapter 7 Trustee for Refco, LLC, in this case.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York in 1954. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court. I further have been a member of the Illinois Bar since 1957 and of the California Bar since 1956.

3. I have known Jerry L. Switzer, Jr. since 2002.

4. Mr. Switzer is a Partner at Jenner & Block LLP in Chicago, Illinois.

5. I have found Mr. Switzer to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move for the admission of Jerry L. Switzer, Jr., *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Jerry L. Switzer, Jr., *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Jerry L. Switzer, Jr., *pro hac vice*, to represent Albert Togut, the Chapter 7 Trustee for Refco, LLC, in the above-captioned case, be granted.

Dated: 7/30 , 2007                    Respectfully submitted,
        New York, New York

                                      _____
                                      Richard F. Levy
                                      SDNY Bar No. RL9825

Subscribed and sworn to before me this
30th day of July , 2007.


_____
           Notary Public

"OFFICIAL SEAL"
JOSEPHINE PATRICIA WILSON
Notary Public, State of Illinois
My Commission Expires May 29, 2008

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **MARY LOU LEE, SAMATHA FOO,** | ) | |
| **JASON FOO, FOO, INC. AND** | ) | |
| **ESTATE OF CHIH MIN FOO** | ) | |
| | ) | **Case Nos. 07-CV-06599 (PAC)** |
| **Appellants,** | ) | |
| v. | ) | |
| | ) | |
| **REFCO, LLC,** | ) | **AFFIDAVIT OF JERRY L. SWITZER, JR.** |
| | ) | **IN SUPPORT OF MOTION TO ADMIT** |
| **Appellee.** | ) | **COUNSEL PRO HAC VICE** |

| | | |
|---|---|---|
| State of Illinois | ) | |
| | ) | ss: |
| County of Cook | ) | |

Jerry L. Switzer, Jr., being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Jenner & Block LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned case.

3. I am admitted in, and a member of good standing of, the Illinois State Bar.

4. I have never been the subject of any disciplinary action by the bars or courts of any jurisdiction.

5. Wherefore, your affiant respectfully requests that he be admitted to appear *pro hac vice* in the above-captioned case.

Dated: August 6, 2007
      Chicago, Illinois

Respectfully submitted,

_____
Jerry L. Switzer, Jr.
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
Tel: (312) 923-2974
Fax: (312) 840-7374

Subscribed and sworn to before me
this 6th day of August, 2007.

_Charlene Reynolds_
Notary Public

"OFFICIAL SEAL"
CHARLENE R. REYNOLDS
Notary Public, State of Illinois
My Commission Expires 22, 2007

# CERTIFICATE OF GOOD STANDING



*United States of America*

                   **}ss.** Jerry Lewis Switzer Jr.

*Northern District of Illinois*


    I, Michael W. Dobbins, Clerk of the United States District Court
for the Northern District of Illinois,

    DO HEREBY CERTIFY That Jerry Lewis Switzer Jr.
was duly admitted to practice in said Court on (01/07/1993)
and is in good standing as a member of the bar of said court.


Dated at Chicago, Illinois
on (07/24/2007 )


                     Michael W. Dobbins, Clerk,

                     By:  Krysten J. Coppoletta
                     Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **MARY LOU LEE, SAMATHA FOO,** | ) | |
| **JASON FOO, FOO, INC. AND** | ) | |
| **ESTATE OF CHIH MIN FOO** | ) | |
| | ) | **Case Nos. 07-CV-06599 (PAC)** |
| **Appellants,** | ) | |
| v. | ) | |
| | ) | |
| **REFCO, LLC,** | ) | **ORDER FOR ADMISSION** |
| | ) | **PRO HAC VICE** |
| **Appellee.** | ) | **ON WRITTEN MOTION** |

Upon motion of Richard F. Levy, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Jerry L. Switzer, Jr. |
| Firm Name: | Jenner & Block LLP |
| Address: | 330 North Wabash Avenue |
| City/State/Zip: | Chicago, IL 60611 |
| Phone Number: | 312-923-2974 |
| Fax Number | 312-840-7374 |
| Email Address: | jswitzer@jenner.com |

is admitted to practice *pro hac vice* as counsel for Albert Togut, the Chapter 7 Trustee for Refco, LLC, in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: August _____, 2007
        New York, New York

_____
United States District / Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARY LOU LEE, SAMATHA FOO, | ) | |
| JASON FOO, FOO, INC. AND | ) | |
| ESTATE OF CHIH MIN FOO | ) | |
| | ) | **Case Nos. 07-CV-06599 (PAC)** |
| Appellants, | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE OF** |
| REFCO, LLC, | ) | **MOTION TO ADMIT COUNSEL** |
| | ) | **PRO HAC VICE AND AFFIDAVIT IN** |
| Appellee. | ) | **SUPPORT** |

        I, Richard F. Levy, certify that on August 6, 2007, I caused a copy of the Motion to
Admit Jerry L. Switzer, Jr. *Pro Hac Vice* and the Affidavit in support thereof to be served, by
First Class U.S. mail, upon the attached service list.

                                        _____
                                        Richard F. Levy
                                        Jenner & Block LLP
                                        919 Third Avenue, 37th Floor
                                        New York, NY 10022-3908
                                        Phone: 212-891-1600
                                        Fax: 212-891-1699

## **Service List**

Brian Matthew DeLaurentis
Brian M. DeLaurentis, P.C.
36 W. 44th St., Suite 707
New York, NY 10036