UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY LOU LEE, SAMATHA FOO, JASON FOO, FOO, INC. AND ESTATE OF CHIH MIN FOO | )<br>)<br>) |
| Appellants, | )  Case Nos. 07-CV-06599 (PAC)<br>)<br>) |
| v. | )<br>) |
| REFCO, LLC, | )<br>)  MOTION TO ADMIT COUNSEL |
| Appellee. | )  PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Richard F. Levy, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Vincent E. Lazar |
| Firm Name: | Jenner & Block LLP |
| Address: | 330 North Wabash Avenue |
| City/State/Zip: | Chicago, IL 60611 |
| Phone Number: | 312-923-2989 |
| Fax Number: | 312-840-7389 |
| Email Address: | vlazar@jenner.com |

Vincent E. Lazar is a member in good standing of the bar of the State of Illinois. There is no pending disciplinary proceeding against Vincent E. Lazar in any State or Federal Court.

Dated: August 6, 2007
New York, New York

Respectfully Submitted,

_____
Richard F. Levy
SDNY Bar No. RL9825
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022-3908
Phone: 212-891-1600
Fax: 212-891-1699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY LOU LEE, SAMATHA FOO, JASON FOO, FOO, INC. AND ESTATE OF CHIH MIN FOO<br><br>      Appellants,<br>  v.<br><br>REFCO, LLC,<br><br>      Appellee. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case Nos. 07-CV-06599 (PAC)<br><br><br><br><br>AFFIDAVIT OF RICHARD F. LEVY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

State of New York )
       ) ss:
County of New York )

Richard F. Levy, being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Jenner & Block LLP. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Vincent E. Lazar as counsel *pro hac vice* to represent Albert Togut, the Chapter 7 Trustee for Refco, LLC, in this case.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York in 1954. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court. I further have been a member of the Illinois Bar since 1957 and of the California Bar since 1956.

3. I have known Vincent E. Lazar since 2002.

4. Mr. Lazar is a Partner at Jenner & Block LLP in Chicago, Illinois.

5. I have found Mr. Lazar to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move for the admission of Vincent E. Lazar, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Vincent E. Lazar, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Vincent E. Lazar, *pro hac vice*, to represent Albert Togut, the Chapter 7 Trustee for Refco, LLC, in the above-captioned case, be granted.

Dated: 7/30, 2007
New York, New York

Respectfully submitted,

_____
Richard F. Levy
SDNY Bar No. RL9825

Subscribed and sworn to before me this 30th day of July, 2007.

_____
Notary Public

"OFFICIAL SEAL"
JOSEPHINE PATRICIA WILSON
Notary Public, State of Illinois
My Commission Expires May 24, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY LOU LEE, SAMATHA FOO, JASON FOO, FOO, INC. AND ESTATE OF CHIH MIN FOO<br><br>Appellants,<br>v.<br><br>REFCO, LLC,<br><br>Appellee. | )<br>)<br>)<br>)  Case Nos. 07-CV-06599 (PAC)<br>)<br>)<br>)<br>)<br>)<br>)  AFFIDAVIT OF VINCENT E. LAZAR<br>)  IN SUPPORT OF MOTION TO ADMIT<br>)  COUNSEL PRO HAC VICE |

State of Illinois   )
                    )  ss:
County of Cook      )

Vincent E. Lazar, being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Jenner & Block LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned case.

3. I am admitted in, and a member of good standing of, the Illinois State Bar.

4. I have never been the subject of any disciplinary action by the bars or courts of any jurisdiction.

5. Wherefore, your affiant respectfully requests that he be admitted to appear *pro hac vice* in the above-captioned case.

Dated: August 6, 2007
       Chicago, Illinois

Respectfully Submitted,

_____
Vincent E. Lazar
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
Tel: (312) 923-2989
Fax: (312) 840-7389

Subscribed and sworn to before me
this 6th day of August, 2007.

*Charlene Reynolds*
Notary Public

"OFFICIAL SEAL"
CHARLENE R. REYNOLDS
Notary Public, State of Illinois
My Commission Expires Sept. 12, 2007

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Vincent E. Lazar

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Vincent E. Lazar was duly admitted to practice in said Court on (12/19/1990) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (07/24/2007 )

Michael W. Dobbins, Clerk,

By: Krysten J. Coppoletta
     Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY LOU LEE, SAMATHA FOO, JASON FOO, FOO, INC. AND ESTATE OF CHIH MIN FOO )<br>)<br>)<br>)<br>Appellants,  )<br>v.  )<br>)<br>REFCO, LLC,  )<br>)<br>Appellee.  ) | Case Nos. 07-CV-06599 (PAC)<br><br><br><br><br><br>ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION |

Upon motion of Richard F. Levy, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Vincent E. Lazar |
| Firm Name: | Jenner & Block LLP |
| Address: | 330 North Wabash Avenue |
| City/State/Zip: | Chicago, IL 60611 |
| Phone Number: | 312-923-2989 |
| Fax Number: | 312-840-7389 |
| Email Address: | vlazar@jenner.com |

is admitted to practice *pro hac vice* as counsel for Albert Togut, the Chapter 7 Trustee for Refco, LLC, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: August _____, 2007
         New York, New York

                                                          _____
                                                          United States District / Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY LOU LEE, SAMATHA FOO, JASON FOO, FOO, INC. AND ESTATE OF CHIH MIN FOO<br><br>    Appellants,<br>  v.<br><br>REFCO, LLC,<br><br>    Appellee. | )<br>)<br>)<br>) Case Nos. 07-CV-06599 (PAC)<br>)<br>)<br>)<br>) CERTIFICATE OF SERVICE OF<br>) MOTION TO ADMIT COUNSEL<br>) PRO HAC VICE AND AFFIDAVIT IN<br>) SUPPORT |

  I, Richard F. Levy, certify that on August 6, 2007, I caused a copy of the Motion to Admit Vincent E. Lazar *Pro Hac Vice* and the Affidavit in support thereof to be served, by First Class U.S. mail, upon the attached service list.

            /s/ Richard F. Levy
            Richard F. Levy
            Jenner & Block LLP
            919 Third Avenue, 37th Floor
            New York, NY 10022-3908
            Phone: 212-891-1600
            Fax: 212-891-1699

## Service List

Brian Matthew DeLaurentis
Brian M. DeLaurentis, P.C.
36 W. 44th St., Suite 707
New York, NY 10036