UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
In re:                                                            :   Chapter 7
                                                                  :
REFCO, LLC,                                                       :   Case No. 05-60134 (RDD)
                                                                  :
                        Debtor.                                   :
------------------------------------------------------------------X
                                                                  :
MARY LOU LEE, SAMATHA FOO, JASON FOO,                             :
FOO, LLC AND ESTATE OF CHIH MIN FOO,                              :
                                                                  :
                        Appellants,                               :
                                                                  :
v.                                                                :   Case No. 07-CV-06599 (PAC)
                                                                  :
REFCO, LLC,                                                       :
                                                                  :
                        Appellee.                                 :
------------------------------------------------------------------X

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Refco, LLC discloses that its immediate parent company is Refco Global Futures, LLC, and that both Refco, LLC and Refco Global Futures, LLC are wholly owned indirect subsidiaries of Refco, Inc. Prior to 2005, Refco, Inc. was a publicly traded company. In 2005, Refco, Inc. commenced bankruptcy proceedings and public trading of its securities ceased.

Dated: New York, New York
       August 22, 2007                      By:   _____/s/ Vincent E. Lazar_____

TOGUT, SEGAL & SEGAL LLP              JENNER & BLOCK LLP
Albert Togut (AT 9759)                Vincent E. Lazar (*pro hac vice* pending)
Scott E. Ratner (SR 0015)             Jerry L. Switzer, Jr. (*pro hac vice* pending)
One Penn Plaza, Suite 3335            330 N. Wabash Avenue
New York, New York 10119              Chicago, Illinois 60611
(212) 594-5000                        (312) 222-9350
*General Bankruptcy Counsel to the*   *Special Commodities Bankruptcy Counsel to the*
*Chapter 7 Trustee of Refco, LLC*     *Chapter 7 Trustee of Refco, LLC*