UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re:

REFCO, LLC,

                Debtor.

Chapter 7

Case No. 05-60134 (RDD)

---------------------------------------------------------------X

MARY LOU LEE, SAMATHA FOO, JASON FOO,
FOO, LLC AND ESTATE OF CHIH MIN FOO,

                Appellants,

v.

REFCO, LLC,

                Appellee.

Case No. 07-CV-06599 (PAC)

---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, Vincent E. Lazar, certify that on August 23, 2007, I caused a copy of the Brief of Appellee (Docket No. 9) and a copy of the Appellee's Disclosure Statement (Docket No. 8), to be served, by First Class U.S. mail, on:

    Brian M. DeLaurentis  
    Brian M. DeLaurentis, P.C.  
    36 W. 44th St., Suite 610  
    New York, NY 10036

    Andrew D. Velez-Rivera  
    Office of the U.S. Trustee  
    33 Whitehall St.  
    21st Floor  
    New York, NY 10004

                        */s/ Vincent E. Lazar*  
                          Vincent E. Lazar

1569003.1