UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY LOU LEE, SAMATHA FOO, )
JASON FOO, FOO, INC. AND )
ESTATE OF CHIH MIN FOO )
                               )
                        Appellants, )
             v. )
                               )
REFCO, LLC, )
                               )
                        Appellee. )

Case Nos. 07-CV-06599 (PAC)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon motion of Richard F. Levy, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

    Applicant's Name:    Vincent E. Lazar
    Firm Name:    Jenner & Block LLP
    Address:    330 North Wabash Avenue
    City/State/Zip:    Chicago, IL 60611
    Phone Number:    312-923-2989
    Fax Number:    312-840-7389
    Email Address:    vlazar@jenner.com

is admitted to practice *pro hac vice* as counsel for Albert Togut, the Chapter 7 Trustee for Refco, LLC, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: August 23, 2007
New York, New York

_____
United States District / Magistrate Judge