UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY LOO LEE, SAMANTHA FOO, JASON FOO, FOO, LLC AND ESTATE OF CHIH MIN FOO, <br><br> Appellants, <br><br> v. <br><br> ALBERT TOGUT, AS CHAPTER 7 TRUSTEE FOR REFCO, LLC, <br><br> Appellee. | Case No. 07-CV-006599 (PAC) <br><br><br> MOTION TO ADMIT COUNSEL PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Patrick J. Trostle, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | David H. Hixson |
| Firm Name: | Jenner & Block LLP |
| Address: | 330 North Wabash Avenue |
| City/State/Zip: | Chicago, IL 60611 |
| Phone Number: | 312-923-8316 |
| Fax Number: | 312-923-8416 |
| Email Address: | dhixson@jenner.com |

David H. Hixson is a member in good standing of the bar of the State of Illinois. There is no pending disciplinary proceeding against David H. Hixson in any State or Federal Court.

Dated: January 17, 2008
       New York, New York

Respectfully Submitted,

_____
Patrick J. Trostle
SDNY Bar No. PT-6822
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022-3908
Phone: 212-891-1665
Fax: 212-909-0835

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY LOO LEE, SAMANTHA FOO, JASON FOO, FOO, LLC AND ESTATE OF CHIH MIN FOO, <br><br> Appellants, <br><br> v. <br><br> ALBERT TOGUT, AS CHAPTER 7 TRUSTEE FOR REFCO, LLC, <br><br> Appellee. | Case No. 07-CV-006599 (PAC) <br><br><br> AFFIDAVIT OF PATRICK J. TROSTLE IN SUPPORT MOTION TO ADMIT COUNSEL PRO HAC VICE |

State of New York   )
                    )  ss:
County of New York  )

Patrick J. Trostle, being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Jenner & Block LLP. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit David H. Hixson as counsel *pro hac vice* to represent Albert Togut, the Chapter 7 Trustee for Refco, LLC, in this case.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York in 1993. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known David H. Hixson since joining Jenner & Block LLP this year.

4. Mr. Hixson is an associate at Jenner & Block LLP in Chicago, Illinois.

5. I have found Mr. Hixson to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move for the admission of David H. Hixson, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of David H. Hixson, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit David H. Hixson, *pro hac vice*, to represent Albert Togut, the Chapter 7 Trustee for Refco, LLC, in the above-captioned case, be granted.

Dated: January 17, 2008
      New York, New York

Respectfully submitted,

_____
Patrick J. Trostle
SDNY Bar No. PT-6822
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022-3908
Phone: 212-891-1665
Fax: 212-909-0835

Subscribed and sworn to before me this
17th day of January, 2008.

_____
Notary Public

STACY LeVINE
Notary Public, State of New York
No. 01LE6146913
Qualified in New York County
Commission Expires May 30, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY LOO LEE, SAMANTHA FOO, JASON FOO, FOO, LLC AND ESTATE OF CHIH MIN FOO, <br><br> Appellants, <br><br> v. <br><br> ALBERT TOGUT, AS CHAPTER 7 TRUSTEE FOR REFCO, LLC, <br><br> Appellee. | Case No. 07-CV-006599 (PAC) <br><br><br> ORDER FOR ADMISSION <br> PRO HAC VICE <br> ON WRITTEN MOTION |

Upon motion of Patrick J. Trostle, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | David H. Hixson |
| Firm Name: | Jenner & Block LLP |
| Address: | 330 North Wabash Avenue |
| City/State/Zip: | Chicago, IL 60611 |
| Phone Number: | 312-923-8316 |
| Fax Number: | 312-923-8416 |
| Email Address: | dhixson@jenner.com |

is admitted to practice *pro hac vice* as counsel for Albert Togut, the Chapter 7 Trustee for Refco, LLC, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: January _____, 2008
       New York, New York

                                                    _____
                                                    United States District / Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY LOO LEE, SAMANTHA FOO, JASON FOO, FOO, LLC AND ESTATE OF CHIH MIN FOO, | ) ) ) ) Case No. 07-CV-006599 (PAC) |
| Appellants, | ) ) |
| v. | ) ) AFFIDAVIT OF DAVID H. HIXSON IN |
| ALBERT TOGUT, AS CHAPTER 7 TRUSTEE FOR REFCO, LLC, | ) SUPPORT OF MOTION TO ADMIT ) COUNSEL PRO HAC VICE ) |
| Appellee. | ) |

State of Illinois    )
                     )  ss:
County of Cook       )

David H. Hixson, being duly sworn, hereby deposes and says as follows:

1. I am an associate attorney at Jenner & Block LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matters.

3. I am admitted in, and a member of good standing of, the Illinois State Bar.

4. I have never been the subject of any disciplinary action by the bars or courts of any jurisdiction.

5. Wherefore, your affiant respectfully requests that he be admitted to appear pro hac vice in the above-captioned matter.

Dated: January 16, 2008
       Chicago, Illinois

Respectfully submitted,

David H. Hixson
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
Tel: 312-923-8316
Fax: 312-923-8416

Subscribed and sworn to before me
this 16th day of January, 2008.

_____
Notary Public

OFFICIAL SEAL
CHARLENE REYNOLDS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-30-2011

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. David Harvill Hixson

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That David Harvill Hixson was duly admitted to practice in said Court on (12/18/2006) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (01/14/2008 )

Michael W. Dobbins, Clerk,
By: David A. Jozwiak
Deputy Clerk

https://ecf.ilnd.circ7.dcn/atyAdmission/733192Certificate.htm    1/14/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY LOO LEE, SAMANTHA FOO, JASON FOO, FOO, LLC AND ESTATE OF CHIH MIN FOO, | ) ) ) ) Case No. 07-CV-006599 (PAC) |
| Appellants, v. | ) ) ) ) |
| ALBERT TOGUT, AS CHAPTER 7 TRUSTEE FOR REFCO, LLC, | ) CERTIFICATE OF SERVICE OF ) MOTION TO ADMIT COUNSEL ) PRO HAC VICE AND AFFIDAVITS ) IN SUPPORT |
| Appellee. | ) |

I, Patrick J. Trostle, certify that on January 17, 2008, I caused a copy of the Motion to Admit David H. Hixson *Pro Hac Vice* and the Affidavit in support thereof to be served, by First Class U.S. mail, upon the attached service list.

_____
Patrick J. Trostle
SDNY Bar No. PT-6822
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022-3908
Phone: 212-891-1665
Fax: 212-909-0835

**SERVICE LIST**

Brian Matthew DeLaurentis
Brian M. DeLaurentis, P.C.
36 W. 44th St., Suite 707
New York, NY 10036