**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 3 0 2008

| | |
|---|---|
| MARY LOO LEE, SAMANTHA FOO, ) | |
| JASON FOO, FOO, LLC AND ) | |
| ESTATE OF CHIH MIN FOO, ) | Case No. 07-CV-006599 (PAC) |
| ) | |
| Appellants, ) | |
| v.  ) | |
| ) | **ORDER FOR ADMISSION** |
| ALBERT TOGUT, AS CHAPTER 7 ) | **PRO HAC VICE** |
| TRUSTEE FOR REFCO, LLC, ) | **ON WRITTEN MOTION** |
| ) | |
| Appellee. ) | |

Upon motion of Patrick J. Trostle, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | David H. Hixson |
| Firm Name: | Jenner & Block LLP |
| Address: | 330 North Wabash Avenue |
| City/State/Zip: | Chicago, IL 60611 |
| Phone Number: | 312-923-8316 |
| Fax Number: | 312-923-8416 |
| Email Address: | dhixson@jenner.com |

is admitted to practice *pro hac vice* as counsel for Albert Togut, the Chapter 7 Trustee for

Refco, LLC, in the above-captioned case in the United States District Court for the

Southern District of New York. All attorneys appearing before the Court are subject to

the Local Rules of this Court, including the Rules governing discipline of attorneys. If

this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the

*pro hac vice* fee to the Clerk of the Court.

Dated: January 30 , 2008
New York, New York

_____
United States District / Magistrate Judge