```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 6 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In Re:

REFCO, LLC,                                                    07 Civ. 6599 (PAC)

              Debtor.                                  ORDER


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
MARY LOU LEE, SAMANTHA FOO, JASON FOO,
FOO, LLC AND ESTATE OF CHIH MIN FOO,

              Appellants,

    - against –

REFCO, LLC,

              Appellee.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

    HONORABLE PAUL A. CROTTY, United States District Judge:

    This order confirms the Court's ruling[1] of February 5, 2008. For the reasons set forth on the record, the judgment of the Bankruptcy Court is AFFIRMED.

    The Clerk of Court is directed to enter judgment and close the case.


Dated: New York, New York
       February 6, 2008

                                                SO ORDERED

                                                PAUL A. CROTTY
                                                United States District Judge

---

[1] See transcript of oral argument held on February 5, 2008.