**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re

REFCO, LLC,
                    Debtor.
-----------------------------------------------------------X
MARY LOU LEE, SAMANTHA FOO, JASON FOO,
FOO, LLC AND ESTATE OF CHIH MIN FOO,
                    Appellants,

          -against-

REFCO, LLC,
                    Appellee.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

07 CIVIL 6599 (PAC)

**JUDGMENT**

      Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on February 6, 2008, having rendered its Order affirming the judgment of the Bankruptcy Court, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 6, 2008, the judgment of the Bankruptcy Court is hereby affirmed; accordingly, the case is closed.

**Dated:** New York, New York
          February 7, 2008

                                                J. MICHAEL McMAHON
                                                  Clerk of Court
                              BY:
                                                    **Deputy Clerk**

                                        THIS DOCUMENT WAS ENTERED
                                        ON THE DOCKET ON _____