UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

REFCO, LLC,

           Debtor.

Case No. 1:07-cv-06599-PAC

**NOTICE OF APPEAL
IN A CIVIL CASE**

MARY LOU LEE, SAMANTHA FOO, JASON FOO, FOO, LLC AND ESTATE OF CHIH MIN FOO,

           Appellants,

v.

REFCO, LLC,

           Appellee.

FILED U.S. DC
MAR 03 2008
S.D. OF N.Y.

Notice is herby given that Appellants Mary Lou Lee, Samantha Foo, Jason Foo, Foo, LLC and the Estate of Chih Min Foo appeal to the United States Court of Appeals for the Second Circuit from each and every part of the attached Judgment and Order of the Hon. Paul A. Crotty, dated February 6, 2008, and entered by the Clerk of the Court on February 7, 2008 affirming the Order of U.S. Bankruptcy Judge Robert D. Drain, dated June 22, 2007, in a contested matter that sustained the Chapter 7 Trustee's Objection to the Claim of the Estate of Chi Min Foo (Claim No. 547, Docket No. 791, *In re Refco, LLC,* U.S. Bankruptcy Court Case No. 05-60134 (RDD)).

Dated: March 3, 2008
       New York, New York

                                      Brian M. DeLaurentis, Esq. (BD 4995)
                                      BRIAN M. DELAURENTIS, P.C.
                                      36 W. 44th St., Suite 610
                                      New York, NY 10036
                                      212-354-6300

Attorneys for Creditor-Appellants,
the Foo Claimants